**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND** | § | |
| **EXCHANGE COMMISSION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 09-cv-1465-O** |
| | § | |
| **BRION RANDALL, 2RANDALL** | § | |
| **CONSULTING GROUP LLC,** | § | |
| **TITAN HOME THEATER, LLC, AND** | § | |
| **TITAN HOME SECURITY, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

---

**APPENDIX SUPPORTING MICHELLE McLELLAN'S MOTION AND BRIEF IN**
**SUPPORT TO OBTAIN A COPY OF HER OWN DEPOSITION TESTIMONY**

---

Pursuant to the Federal Rules of Civil Procedure and the Court's Local Rules, Movant

Michelle McLellan ("McLellan") files this Appendix Supporting Motion and Brief in Support to

Obtain a Copy of Her Own Deposition Testimony ("Appendix") and states as follows:

**DOCUMENT**                                                                                     **EXHIBIT**

Declaration of Michelle McLellan..................................................................................................A


February 25, 2010 Subpoena to Michelle McLellan ...................................................................B

April 1, 2010 Correspondence from Michael A. McCabe to Karen Cook requesting
court reporter's information who recorded Michelle McLellan's deposition ...............................C

---

Dated:  April 16, 2010.

Respectfully submitted,


By:/s/ *Michael A. McCabe*
   E. Leon Carter
   Texas State Bar No. 03914300
   lcarter@munckcarter.com
   Michael A. McCabe
   Texas State Bar No. 24007628
   mmccabe@munckcarter.com
   MUNCK CARTER, LLP
   600 Banner Place Tower
   12770 Coit Road
   Dallas, Texas 75251
   (972) 628-3600 Telephone
   (972) 628-3616 Telecopier

   ATTORNEYS FOR MOVANT
   MICHELLE McLELLAN


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served on all counsel of record via CM/ECF in accordance with the Federal Rules of Civil Procedure, on April 16, 2010.

*/s/ Michael A. McCabe*
Michael A. McCabe

---