# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 09-cv-1465-O |
| BRION RANDALL, 2RANDALL CONSULTING GROUP LLC, TITAN HOME THEATER, LLC, AND TITAN HOME SECURITY, LLC, | § § § § § | |
| Defendants. | § § | |

## DECLARATION OF MICHELLE McLELLAN

1. My name is Michelle McLellan. I am over the age of 21. I have never been convicted of a felony or a crime of moral turpitude. I am competent in all ways to make this declaration. The facts set forth herein are true and correct and based on my own personal knowledge.

2. On or about March 5, 2010, I appeared for my deposition pursuant to a subpoena issued by attorney Karen Cook. The subpoena was hand-delivered to me on February 25, 2010. I appeared for the deposition but I was not represented by counsel and attended the deposition without a lawyer. Ms. Cook did not tell me that I had the right to or needed to retain a lawyer for the deposition.

3. My deposition lasted for approximately five hours. The deposition was attended by several people and stenographically recorded by a court reporter. I do not know the court reporter's identity or employer. Exhibits were offered during the deposition. Prior to the conclusion of the deposition, I informed the court reporter that I wished to obtain a copy of the deposition transcript. Furthermore, in response to the court reporter's question, I also requested the opportunity to review the deposition for accuracy and to make any necessary changes. The court reporter has never contacted me or provided me with a copy of the deposition.

4. On or about March 29, 2010, Cook again contacted me and stated that she wished to continue the deposition. In response to Cook's request to continue the deposition, I retained the law firm of Munck Carter, LLP to represent me.

DECLARATION OF MICHELLE McLELLAN                                                    PAGE 1

5.  I was not informed prior to my deposition that I would not be permitted to review or obtain a copy of my own deposition testimony. Furthermore, no one conferred with me before requesting that my deposition be held under seal. Finally, I am aware of no reason that my deposition should be maintained under seal or that I should not be permitted to obtain a copy of the transcript and make any necessary changes to my testimony.

6.  If the Court permits me to have a copy of my deposition, I will comply with all Court orders and reasonable limitations on the use or dissemination of my deposition testimony. For example, if the Court believes it necessary, I am willing to review the deposition only in the presence of my lawyers (and in the absence of third-parties) or in the Court's chambers with my counsel present.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15th day of April, 2010.

*Michelle McLellan* (signature)
Michelle McLellan