# EXHIBIT "B"

## Issued by the
# UNITED STATES DISTRICT COURT
Northern District of Texas, Dallas Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>V.<br>BRION RANDALL and 2RANDALL CONSULTING GROUP, LLC,<br>Defendant. | **SUBPOENA IN A CIVIL CASE**<br><br>Case Number:[1] 3:09-CV-1465-O |

TO: Michelle McLellan
936 Nottingham
Richardson, TX

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME<br>, 200_, __:__ a/p.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION<br>Wick Phillips, LLP, 2100 Ross Ave., Ste. 950, Dallas, TX 75201 | DATE AND TIME<br>March 5, 2010, 11:30 a.m. |
|---|---|

■ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects).
SEE EXHIBIT A

| PLACE<br>Wick Phillips, LLP, 2100 Ross Ave., Ste. 950, Dallas, TX 75201 | DATE AND TIME<br>March 5, 2010, 11:30 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME<br>, 2010, __:__ a/p.m. |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>*signature*   Karen L. Cook, Receiver | DATE<br>February 25, 2010,<br>__:__ a/p.m. |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Karen L. Cook
Wick Phillips, LLP
2100 Ross Ave., Ste. 950
Dallas, TX 75201
214-729-9098

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page.)

[1] If action is pending in district other than district of issuance, state district under case number.

## EXHIBIT A

1. All documents or communications related to Titan Home Theater, LLC, Titan Home Security, LLC, THT Security, LLC, 2Randall Consulting Group, Brion Randall and/or Ernest Randall.

2. All magnetic or electronic storage media in your possession or to which you have access that contain any documents, records or communications relating to any of the entities or persons named above.