# EXHIBIT "C"



MICHAEL MCCABE
(972) 628-3609   (DIRECT DIAL)
(972) 628-3616   (FAX)

E-MAIL: MMCCABE@MUNCKCARTER.COM

April 1, 2010

<u>VIA EMAIL: KAREN.COOK@WICKPHILLIPS.COM</u>

Karen Cook
Wick Phillips, LLP
2100 Ross Avenue, Suite 950
Dallas, Texas  75201

    Re:    *Securities and Exchange Commission v. Brion Randall and 2Randall Consulting Group, LLC*, filed in the United States District Court, for the Northern District of Texas, Dallas Division.

Dear Ms. Cook:

    I have been retained by Michelle McLellan in relation to the above-referenced matter.  Please direct all future communications intended for her to my attention.

    I understand that you are asking to continue Ms. McLellan's deposition.  If this is correct, please explain why Ms. McLellan's deposition should continue for more than one day.  As you know, Rule 30(d)(1) limits a deposition to one day of seven hours.

    In the meantime, please provide the contact information for the court reporter who recorded Ms. McLellan's deposition. She does not have this information and I need to obtain a copy of her testimony.

                                      Very truly yours,

                                      Michael A. McCabe
                                      **MUNCK CARTER, LLP**

MAM:jmb

A Limited Liability Partnership • 600 Banner Place Tower • 12770 Coit Road • Dallas, Texas 75251 • t 972.628.3600 • f 972.628.3616 • www.munckcarter.com

APP8